UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHADWELL HOLT,

        Plaintiff,

v.

        Case No. 19-cv-877-pp

DCI MARKETING, INC.

        Defendant.

**ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT (DKT. NO. 26)**

The parties have filed a joint motion to approve settlement, dkt. no. 26, and provided the court with the settlement agreement and general release, dkt. no. 26-1.

After reviewing the terms of the Settlement Agreement and General Release between Plaintiff Chadwell Holt and Defendant DCI Marketing, Inc. ("Settlement Agreement"), the court **FINDS** that the settlement constitutes a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* The court **GRANTS** the Joint Motion to Approve Settlement. Dkt. No. 26.

The court **ORDERS** that the case is **DISMISSED with prejudice**, with each party to bear their own attorneys' fees and costs except as otherwise provided by the Settlement Agreement.

The court **FINDS** that there is no just reason for delay of the entry of final judgment dismissing the case, and that the Settlement Agreement fully

1

resolves all claims asserted against the defendant in this case.

Dated in Milwaukee, Wisconsin this 25th day of June, 2020.

        **BY THE COURT:**

        _____
        **HON. PAMELA PEPPER**
        **Chief United States District Judge**